# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

Elias Isaac Perez-Rios,

      Defendant.

Criminal No. 15-218 (ADM/SER)

**ORDER**

      Ryan R. Wood, Esq., United States Attorney's Office, Minneapolis, Minnesota, for Plaintiff.

      Shannon R. Elkins, Esq., Office of the Federal Defender, Minneapolis, Minnesota, for Defendant.

      This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated September 24, 2015. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Elias Isaac Perez-Rios's Motion to Suppress Statements, Admissions, and Answers [Doc. No. 22] is **DENIED as moot**.

Dated: October 13, 2015

      s/Ann D. Montgomery
      ANN D. MONTGOMERY
      UNITED STATES DISTRICT JUDGE